

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-20-00371-CV

| | | |
|---|---|---|
| ASTA PARTNERS, LLC AND ASTA GOLD 1, LLC, Appellants | § | On Appeal from the 462nd District Court |
| | § | of Denton County (17-1244-431) |
| V. | § | November 4, 2021 |
| | § | Memorandum Opinion by Justice Bassel |
| VELUMANI PALANISWAMY, Appellee | § | |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in part of the trial court's judgment. It is ordered that the judgment of the trial court is affirmed in part and reversed in part. We reverse the portion of the trial court's judgment that improperly calculated trial attorneys' fees and awarded no appellate attorneys' fees and remand this case to the trial court for a new trial solely on attorneys' fees. We affirm the remainder of the trial court's judgment.

It is further ordered that Appellants and Appellee shall split the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Dabney Bassel
     Justice Dabney Bassel